**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:   (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Logan Kurtz

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOGAN KURTZ;**<br><br>Plaintiff,<br><br>v.<br><br>**MONARCH RECOVERY MANAGEMENT, INC.;**<br><br>Defendant | Case Number:<br><br>2:18-cv-09900-AB-FFM<br><br>*HON. JUDGE ANDRE BIROTTE, JR.*<br><br>**STIPULATION OF DISMISSAL**<br><br>**PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL CASE NO: 2:18-CV-09900-AB-FFM**

Plaintiff **LOGAN KURTZ,** and Defendant **MONARCH RECOVERY MANAGEMENT, INC.,** hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims and causes of action be dismissed without prejudice as to all parties named herein, with each party bearing that party's own attorney's fees and costs.

DATED: March 19, 2019    **THE CARDOZA LAW CORPORATION**

BY: /s/ LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEY FOR PLAINTIFF,
LOGAN KURTZ

DATED: March 19, 2019    **MARGOLIZ EDELSTEIN**

BY: /s/ RONALD METCHO
RONALD METCHO, ESQ.
ATTORNEY FOR MONARCH RECOVERY MANAGEMENT, INC.

**STIPULATION OF DISMISSAL CASE NO: 2:18-CV-09900-AB-FFM**

**Page 2 of 2**

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on March 19, 2019, I electronically filed a true and correct copy of the foregoing Stipulation for Dismissal with the Clerk of the Court for the United States District Court for the Central District Of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

**THE CARDOZA LAW CORPORATION**

DATED: March 19, 2019

BY: /s/ Lauren B. Veggian
Michael F. Cardoza, Esq.
Lauren B. Veggian, Esq.
Attorneys for Plaintiff,
Logan Kurtz